```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17591
   DEBRA R CRUME WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4971


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/26/2007 and was not confirmed.

      The case was dismissed without confirmation 12/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------

VA FEDERAL C U           SECURED               .00         .00           .00
VA FEDERAL C U           UNSECURED       NOT FILED         .00           .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG         .00         .00           .00
INTERNAL REVENUE SERVICE PRIORITY          5094.91         .00           .00
AAA CHECKMATE LLC        UNSECURED          521.38         .00           .00
WASHINGTON MUTUAL        UNSECURED       NOT FILED         .00           .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED         .00           .00
BAYVIEW LOAN SERVICING L UNSECURED       NOT FILED         .00           .00
BROTHER LOAN & FINANCE   UNSECURED         1297.23         .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          512.52         .00           .00
CONTINENTAL FINANCE      UNSECURED       NOT FILED         .00           .00
DEBT RECOVERY SOLUTION   UNSECURED          339.63         .00           .00
ER SOLUTIONS INC         UNSECURED          803.29         .00           .00
FIRST BK OF DE CONTINE   UNSECURED       NOT FILED         .00           .00
NEWPORT NEWS             UNSECURED       NOT FILED         .00           .00
IMAGINE/FBOFD            UNSECURED       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED         .00           .00
GAME CASH                UNSECURED       NOT FILED         .00           .00
T MOBILE                 UNSECURED       NOT FILED         .00           .00
PROFESSIONAL RECOVERY SY UNSECURED       NOT FILED         .00           .00
QUICKN LOANS             UNSECURED       NOT FILED         .00           .00
SAMS CLUB                UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC      UNSECURED           95.00         .00           .00
VERIZON WIRELESS         UNSECURED       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE UNSECURED            2.40         .00           .00
WILSHIRE CREDIT CORPORAT SECURED NOT I     2685.07         .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                       .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00


          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 17591 DEBRA R CRUME WILLIAMS

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE